```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 21396
    JAIME GUZMAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4101


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 11/15/2007 and was confirmed 01/10/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 05/22/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED VEHIC   10342.00        149.73        572.15
ACCT RECOVERY CONSULTANT   UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED        4625.00           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED          .00           .00
TCF BANK                   UNSECURED       NOT FILED          .00           .00
RAUCH MILIKEN INTERNATIO   UNSECURED       NOT FILED          .00           .00
ENTERTAINMENT VIDEO        UNSECURED       NOT FILED          .00           .00
SPRINT                     UNSECURED       NOT FILED          .00           .00
SUPERIOR ASSET MANAGEMEN   UNSECURED       NOT FILED          .00           .00
AMERICAN GENERAL FINANCE   NOTICE ONLY     NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        15513.44           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          432.26           .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED         204.91           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,464.00                      526.27
TOM VAUGHN                 TRUSTEE                                       101.85
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                              1,350.00

PRIORITY                                                 .00
SECURED                                               572.15
    INTEREST                                          149.73
UNSECURED                                                .00
ADMINISTRATIVE                                        526.27
TRUSTEE COMPENSATION                                  101.85
DEBTOR REFUND                                            .00
                                    ---------------  ---------------
TOTALS                               1,350.00         1,350.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21396 JAIME GUZMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                                                        PAGE   2
CASE NO. 07 B 21396 JAIME GUZMAN